# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
**Case No.** 5:18-cv-466

Andrew Presson, et al.  )
Plaintiff(s),  )
 )
vs  )
 )
Recovery Connections Community, et al.  )
Defendant(s).  )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

3M & N, Inc. who is Defendant,
(name of party)  (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯     NO ◉

2. Does party have any parent corporations?

   YES ◯     NO ◉

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯     NO ◉

If yes, identify all such owners:
N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ◉

If yes, identify entity and nature of interest:
N/A

5. Is party a trade association?

    YES ◯      NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:
N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
N/A

Signature: John E. Branch III

Date: October 23, 2018

[Finalize Form] [Reset Form]

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Financial Disclosure was filed this the 23rd day of October, 2018 with the Clerk of Court using the CM/ECF system. Parties may access this filing through the Court's Electronic Filing System. Notice of this filing will be sent to the following counsel of record by operation of the Court's Electronic Filing System:

| | |
|---|---|
| Narendra K. Gosh<br>Paul E. Smith<br>Patterson Harkavy LLP<br>100 Europa Drive, Suite 420<br>Chapel Hill, NC 27517<br>nghosh@pathlaw.com<br>psmith@pathlaw.com | Clermont F. Ripley<br>Carol L. Brooke<br>North Carolina Justice Center<br>224 South Dawson Street<br>Raleigh, NC 27601<br>clermont@ncjustice.org<br>carol@ncjustice.org |
| Melissa L. Stewart<br>Jalise Burt<br>Outten & Golden LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>mstewart@outtengolden.com<br>jburt@outtengolden.com | Gregory W. Brown<br>Brown Law LLP<br>555 Fayetteville Street, Suite 420<br>Raleigh, NC 27601<br>gregory@brownlawllp.com |

          **SHANAHAN McDOUGAL, PLLC**

By:   /s/ John E. Branch III
        Brandon S. Neuman, NCSB # 33590
        John E. Branch III, NCSB # 32598
        128 E. Hargett Street, Third Floor
        Raleigh, North Carolina 27601
        Telephone: (919) 856-9494
        Facsimile: (919) 856-9499
        bneuman@shanahanmcdougal.com
        jbranch@shanahanmcdougal.com

*Attorneys for Defendant 3M &N, Inc.*
*d/b/a Zaxby's*