UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANDREW PRESSON and KIMBERLY MYRIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECOVERY CONNECTIONS COMMUNITY, JOURNEY TO RECOVERY LLC, JENNIFER A. WARREN, PHILLIP J. WARREN, 3M & N, INC. d/b/a ZAXBY'S, WESTERN NORTH CAROLINA LIONS, INC. d/b/a MARJORIE MCCUNE MEMORIAL CENTER, INTEGRITY-HOMINY VALLEY, LLC d/b/a HOMINY VALLEY RETIREMENT CENTER, INTEGRITY-CANDLER 02 LLC d/b/a HOMINY VALLEY RETIREMENT CENTER, INTEGRITY-CANDLER LIVING CENTER, LLC d/b/a CANDLER LIVING CENTER, INTEGRITY-CANDLER 01 LLC d/b/a CANDLER LIVING CENTER, INTEGRITY SENIOR PROPERTIES INVESTMENTS, LLC, CEDARBROOK RESIDENTIAL CENTER, INC., and THE AUTUMN GROUP, INC. d/b/a OAK HILL LIVING CENTER,<br><br>Defendants. | Case No. 5:18-cv-466-BO |

**AMENDED MOTION FOR ENTRY OF DEFAULT**

To: Peter A. Moore, Jr., Clerk of the United States District Court for the Eastern District of

North Carolina

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiffs Andrew Presson and

Kimberly Myris respectfully request that the Clerk enter the default of the defendants Recovery

Connections Center and Journey to Recovery, LLC. As set forth in the attached affidavit (Exhibit A),

these defendants were timely and properly served with the Complaint. No responsive pleadings have been filed by these defendants and the deadlines to respond have passed.

This, the 3rd day of June, 2019.

/s/ Narendra K. Ghosh
Narendra K. Ghosh, NC Bar No. 37649
nghosh@pathlaw.com
**PATTERSON HARKAVY LLP**
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
Tel: (919) 942-5200
Fax: (866) 397-8671

Clermont F. Ripley, NC Bar No. 36761
Carol L. Brooke, NC Bar No. 29126
**NORTH CAROLINA JUSTICE CENTER**
224 South Dawson Street
Post Office Box 28068 (Zip 27611)
Raleigh, NC 27601
Phone: (919) 856-2154
Fax: (919) 856-2175
clermont@ncjustice.org
carol@ncjustice.org

Melissa L. Stewart, NY Atty. No. 4827747
Jalise R. Burt, NY Atty. No. 5314414
Attorneys pursuant to LR 83.1
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Tel: (212) 245-1000
Fax: (646) 509-2060
mstewart@outtengolden.com
jburt@outtengolden.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system – which will send notification of the filing to Brandon S. Neuman, D. J. O'Brien , III, Jessica Thaller-Moran, John Ellison Branch, III, Nathaniel J. Pencook, and Patricia W. Goodson, Attorneys for Defendants – and was served upon unrepresented defendants by United States Mail, postage prepaid, addressed as follows:

Recovery Connections Community
c/o Jennifer Ann Hollowell
65 Chestnut Hill Road
Black Mountain, NC 28711

Journey to Recovery LLC
c/o Phillip J Warren
121 East H Street
Erwin, NC 28339

Jennifer Ann Warren
65 Chestnut Hill Rd
Black Mountain, NC 28711

Phillip Jerome Warren
65 Chestnut Hill Rd
Black Mountain, NC 28711

Dated: June 3, 2019.

/s/ Narendra K. Ghosh
Narendra K. Ghosh, NC Bar No. 37649
nghosh@pathlaw.com
PATTERSON HARKAVY LLP
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
Tel: (919) 942-5200
Fax: (866) 397-8671