IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANDREW PRESSON and KIMBERLY MYRIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECOVERY CONNECTIONS COMMUNITY, JOURNEY TO RECOVERY LLC, JENNIFER A. WARREN, PHILLIP J. WARREN, 3M & N, INC. d/b/a ZAXBY'S, WESTERN NORTH CAROLINA LIONS, INC. d/b/a MARJORIE MCCUNE MEMORIAL CENTER, INTEGRITY-HOMINY VALLEY, LLC d/b/a HOMINY VALLEY RETIREMENT CENTER, INTEGRITY-CANDLER 02 LLC d/b/a HOMINY VALLEY RETIREMENT CENTER, INTEGRITY-CANDLER LIVING CENTER, LLC d/b/a CANDLER LIVING CENTER, INTEGRITY-CANDLER 01 LLC d/b/a CANDLER LIVING CENTER, INTEGRITY SENIOR PROPERTIES INVESTMENTS, LLC, CEDARBROOK RESIDENTIAL CENTER, INC., and THE AUTUMN GROUP, INC. d/b/a OAK HILL LIVING CENTER,<br><br>Defendants. | Civil No. 5:18-cv-466-BO |

## ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS

This matter comes before the Court on Plaintiffs' Motion for Approval of Collective

Action Settlement, Service Awards, and Attorneys' Fees and Costs ("Motion"). Having

considered Plaintiffs' Motion and supporting Memorandum and exhibits, including the parties' Settlement Agreement, the Court hereby **GRANTS** Plaintiffs' Motion and **ORDERS** as follows:

1. The Court finds that the parties' settlement in this Fair Labor Standards Act ("FLSA") action is fair, reasonable, and just. The parties' settlement is approved and the terms of the parties' agreement are incorporated herein.

2. The parties' agreed form of Notice of Settlement ("Settlement Notice") and the plan for its distribution are approved.

3. The Service Awards for Kimberly Myris, Andrew Presson, and Christopher Strube are approved.

4. Plaintiffs' Counsel's request for attorneys' fees and out-of-pocket costs and expenses is granted.

5. JND Legal Administration is approved as the Settlement Administrator.

6. The claims of Service Award Recipients and of each Plaintiff who cashes a Settlement Check against Defendants Integrity-Hominy Valley, LLC d/b/a Hominy Valley Retirement Center, Integrity-Candler 02 LLC d/b/a Hominy Valley Retirement Center, Integrity-Candler Living Center, LLC d/b/a Candler Living Center, Integrity-Candler 01 LLC d/b/a Candler Living Center, Integrity Senior Properties Investments, LLC, The Autumn Group, Inc. d/b/a Oak Hill Living Center, Cedarbrook Residential Center, Inc., and Western North Carolina Lions, Inc d/b/a Marjorie McCune Memorial Center, are dismissed with prejudice.

7. The Court will retain jurisdiction to enforce the settlement.

IT IS SO ORDERED
Dated: 5-5-80

Terrence W. Boyle
HONORABLE TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE

2