UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KIMBERLY MYRIS and )
CHRISTINA HEFFERN, on behalf of themselves )
and all others similarly situated, )
 )
                Plaintiff, )
 )
     v. )     **JUDGMENT**
 )
RECOVERY CONNECTIONS COMMUNITY, )     5:18-CV-466-BO
JOURNEY TO RECOVERY LLC, JENNIFER A. )
WARREN, PHILLIP J. WARREN, 3M & N, )
INC. d/b/a ZAXBY'S, WESTERN NORTH )
CAROLINA LIONS, INC. d/b/a MARJORIE )
MCCUNE MEMORIAL CENTER, )
INTEGRITY-HOMINY VALLEY, LLC d/b/a )
HOMINY VALLEY RETIREMENT CENTER, )
INTEGRITY-CANDLER 02, LLC d/b/a )
HOMINY VALLEY RETIREMENT CENTER, )
INTEGRITY-CANDLER LIVING CENTER, )
LLC d/b/a CANDLER LIVING CENTER, )
INTEGRITY-CANDLER 01, LLC d/b/a )
CANDLER LIVING CENTER, INTEGRITY )
SENIOR PROPERTIES INVESTMENTS, LLC, )
CEDARBROOK RESIDENTIAL CENTER, INC., )
THE AUTUMN GROUP, INC d/b/a OAK HILL )
LIVING CENTER, )
 )
                Defendant. )
 )

**Decision by Court.**

    This matter is before the Court on the Joint Motion for Entry of Final Judgment and Modification of the Settlement Agreement brought by Plaintiffs and Defendants Integrity Hominy Valley, LLC; Integrity-Candler 02 LLC; Integrity-Candler Living Center, LLC; Integrity-Candler 01 LLC; Integrity Senior Properties Investments, LLC; Cedarbrook Residential Center, Inc.; The Autumn Group, Inc. d/b/a Oak Hill Living Center; and Western North Carolina Lions, Inc., d/b/a Marjorie McCune Memorial Center (the "ICOM Defendants") [D.E. 150].

**IT IS ORDERED, ADJUDGED AND DECREED** pursuant to this Court's order entered May 5, 2020:

> 1. The Court finds that the parties' settlement in this Fair Labor Standards Act ("FLSA") action is fair, reasonable, and just. The parties' settlement is approved and the terms of the parties' agreement are incorporated herein.
>
> 2. The parties' agreed form of Notice of Settlement ("Settlement Notice") and the plan for its distribution are approved.
>
> 3. The Service Awards for Kimberly Myris, Andrew Presson, and Christopher Strube are approved.
>
> 4. Plaintiffs' Counsel's request for attorneys' fees and out-of-pocket costs and expenses is granted.
>
> 5. JND Legal Administration is approved as the Settlement Administrator.
>
> 6. The claims of Service Award Recipients and of each Plaintiff who cashes a Settlement Check against Defendants Integrity-Hominy Valley, LLC d/b/a Hominy Valley Retirement Center, Integrity-Candler 02 LLC d/b/a Hominy Valley Retirement Center, IntegrityCandler Living Center, LLC d/b/a Candler Living Center, Integrity-Candler 01 LLC d/b/a Candler Living Center, Integrity Senior Properties Investments, LLC, The Autumn Group, Inc. d/b/a Oak Hill Living Center, Cedarbrook Residential Center, Inc., and Western North Carolina Lions, Inc d/b/a Marjorie McCune Memorial Center, are dismissed with prejudice.
>
> 7. The Court will retain jurisdiction to enforce the settlement.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the definition of "Effective Date" in the Joint Stipulation of Settlement and Release (§1.9) [D.E. 146-2] is revised from 21 days after the Approval Order becomes a final non-appealable order to 3 days after the Approval Order becomes a final non-appealable order. All other terms of the Approval Order and Joint Stipulation of Settlement and Release remain unchanged.

**This judgment filed and entered on July 23, 2020, and served on:**
Carol L. Brooke (via CM/ECF NEF)
Clermont Fraser Ripley (via CM/ECF NEF)
Melissa L. Stewart (via CM/ECF NEF)
Narendra K. Ghosh (via CM/ECF NEF)
Jennifer A. Warren (via US Mail to 65 Chestnut Hill Rd., Black Mountain, NC 28711)
Phillip J. Warren (via US Mail to 65 Chestnut Hill Rd., Black Mountain, NC 28711)
Brandon S. Neuman (via CM/ECF NEF)
John Ellison Branch, III (via CM/ECF NEF)
Nathaniel J. Pencook (via CM/ECF NEF)
D.J. O'Brien, III (via CM/ECF NEF)
Jessica Thaller-Moran (via CM/ECF NEF)

William P.H. Cary (via CM/ECF NEF)
Patricia W. Goodson (via CM/ECF NEF)

PETER A, MOORE, JR., CLERK

July 23, 2020

 /s/Lindsay Stouch
By: Deputy Clerk