IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY MYRIS, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RECOVERY CONNECTIONS COMMUNITY, JOURNEY TO RECOVERY LLC, JENNIFER A. WARREN, PHILLIP J. WARREN, 3M & N, INC. d/b/a ZAXBY'S, WESTERN NORTH CAROLINA LIONS, INC. d/b/a MARJORIE MCCUNE MEMORIAL CENTER, INTEGRITY-HOMINY VALLEY, LLC d/b/a HOMINY VALLEY RETIREMENT CENTER, INTEGRITY-CANDLER 02 LLC d/b/a HOMINY VALLEY RETIREMENT CENTER, INTEGRITY-CANDLER LIVING CENTER, LLC d/b/a CANDLER LIVING CENTER, INTEGRITY-CANDLER 01 LLC d/b/a CANDLER LIVING CENTER, INTEGRITY SENIOR PROPERTIES INVESTMENTS, LLC, CEDARBROOK RESIDENTIAL CENTER, INC., and THE AUTUMN GROUP, INC. d/b/a OAK HILL LIVING CENTER, <br><br> Defendants. | **Civil No. 5:18-cv-466-BO** |

**PLAINTIFF'S NOTICE OF MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Approval of Collective Action Settlement ("Memorandum of Law") and the exhibits attached hereto, Plaintiff respectfully requests that the Court enter an Order:

(1) Approving the settlement as set forth in the Settlement Agreement;

(2) Incorporating the terms of the Settlement Agreement (attached as **Exhibit A** hereto);

(3) Entering the Consent Decree (attached as **Exhibit B** hereto).

(4) Ordering Plaintiff to dismiss this lawsuit against the Warrens with prejudice within 7 days of the date of this order or within 7 days of the Warren's payment of the $500 Service Award to Plaintiff Myris described in paragraphs 1-2 of the Settlement Agreement, whichever is later.

(5) Retaining jurisdiction to enforce the Consent Decree for five years from the date of this Order.

Dated: September 27, 2021
       New York, New York

Respectfully submitted,

*/s/ Melissa L. Stewart*
Melissa L. Stewart (Attorney pursuant to LR 83.1 and LR 57.1 EDNC)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: mstewart@outtengolden.com
Email: jburt@outtengolden.com

Clermont F. Ripley (NC Bar No. 36761)
Carol L. Brooke (NC Bar No. 29126)
**NORTH CAROLINA JUSTICE CENTER**
224 South Dawson Street
Post Office Box 28068 (Zip 27611)
Raleigh, NC 27601
Phone: (919) 856-2154
Fax: (919) 856-2175
Email: clermont@ncjustice.org
Email: carol@ncjustice.org
Local Civil Rule 83.1(d) Counsel for Plaintiffs

Narendra K. Ghosh (NC Bar. No. 37649)
**PATTERSON HARKAVY LLP**
100 Europa Drive, Suite 420

Chapel Hill, NC 27517
Telephone: (919) 942-5200
Fax: (866) 397-8671
Email: nghosh@pathlaw.com
Local Civil Rule 83.1(d) Counsel for Plaintiffs

*Attorneys for Plaintiffs and the Putative Class and Collective*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2021, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings. A copy of the foregoing was sent as a courtesy copy to Judge Boyle pursuant to Judge Boyle's Practice Preferences and was also served by email and First Class Mail upon Defendants Jennifer Ann Warren and Phillip Jerome Warren who are not registered to receive electronic filings at philipjen4@aol.com and at 65 Chestnut Hill Road, Black Mountain, NC 28711.

Melissa L. Stewart

**OUTTEN & GOLDEN LLP**
Melissa L. Stewart (Attorney pursuant to LR 83.1 and LR 57.1 EDNC)
mstewart@outtengolden.com
685 Third Ave., 25th floor
New York, New York 10017
Telephone: (212) 245-1000
Fax: (646) 509-2060