IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY MYRIS, on behalf of herself and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) RECOVERY CONNECTIONS COMMUNITY, ) JOURNEY TO RECOVERY LLC, JENNIFER ) A. WARREN, PHILLIP J. WARREN, 3M & N, ) INC. d/b/a ZAXBY'S,WESTERN NORTH ) CAROLINA LIONS, INC. d/b/a MARJORIE ) MCCUNE MEMORIAL CENTER, ) INTEGRITY-HOMINY VALLEY, LLC d/b/a ) HOMINY VALLEY RETIREMENT CENTER, ) INTEGRITY-CANDLER 02 LLC d/b/a ) HOMINY VALLEY RETIREMENT CENTER, ) INTEGRITY-CANDLER LIVING CENTER, ) LLC d/b/a CANDLER LIVING CENTER, ) INTEGRITY-CANDLER 01 LLC d/b/a ) CANDLER LIVING CENTER, INTEGRITY ) SENIOR PROPERTIES INVESTMENTS, LLC, ) CEDARBROOK RESIDENTIAL CENTER, ) INC., and THE AUTUMN GROUP, INC. d/b/a ) OAK HILL LIVING CENTER, ) ) Defendants. ) | **Civil No. 5:18-cv-466-BO** |

## ORDER APPROVING CY PRES RECIPIENT

This matter comes before the Court on Plaintiffs' Motion for Approval of Cy Pres Recipient ("Motion"). Having considered Plaintiff's Motion, the Court hereby GRANTS Plaintiffs' Motion and ORDERS as follows:

1. The Court APPROVES the NC IOLTA Foundation as the cy pres recipient of residual funds in the Qualified Settlement Account created pursuant to the Court's May 5, 2020 Order, Dkt. No. 149.

SO ORDERED. This 14 day of October, 2021.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE